Redacted Version

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| **POINT BLANK ENTERPRISES, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00913-DAT |
| | ) | |
| v. | ) | **Judge Tapp** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| **ATLANTIC DIVING SUPPLY, INC.** | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

**INTERVENOR ATLANTIC DIVING SUPPLY INC.'S
CROSS-MOTION FOR JUDGMENT ON THE
ADMINISTRATIVE RECORD AND RESPONSE TO PLAINTIFF'S MOTION
FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to RCFC 52.1(c) and the Court's Order dated July 17, 2023 (Dkt. 39), Intervenor-Defendant Atlantic Diving Supply, Inc. ("ADS") respectfully submits this Cross-Motion for Judgment on the Administrative Record and Response to Plaintiff's Motion for Judgment on the Administrative Record. As fully explained in ADS' accompanying memorandum, the Court should deny Point Blank's motion and decline to order injunctive relief enjoining ADS' performance of Blanket Purchase Agreement No. 70CMSW23A00000001 (the "BPA"), issued by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and the two delivery orders ICE has issued under the BPA. Point Blank has not succeeded on the merits of its bases of protest and cannot demonstrate irreparable harm, and the balance of the hardships and the public interest also do not support injunctive relief. The Court should grant ADS' and the Government's motions and allow performance of the BPA orders to proceed.

| | |
|---|---|
| Dated August 7, 2023 | Respectfully submitted,<br><br>s/Jamie F. Tabb_____<br>Jamie F. Tabb<br>Vinson & Elkins L.L.P.<br>2200 Pennsylvania Avenue, NW<br>Suite 500 West<br>Washington, D.C. 20037<br>(202) 639-6773<br>jtabb@velaw.com<br>*Attorney of Record*<br><br>*Of Counsel*:<br>Elizabeth Krabill McIntyre<br>Leslie Edelstein<br><br>*Attorneys for Atlantic Diving Supply, Inc.* |